UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **08 MJ 0931** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| Jose De La Cruz VALDEZ-Osuna, ) | Transportation of Illegal Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 25, 2008**, within the Southern District of California, defendant **Jose De La Cruz VALDEZ-Osuna** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Feliciano VENTURA-Jimenez, Noel AGUILAR-Aguirre, Beatriz PACHECO-Franco and Gabriela RUIZ-Cruz** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **MARCH 2008**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Feliciano VENTURA-Jimenez, Noel AGUILAR-Aguirre, Beatriz PACHECO-Franco** and **Gabriela RUIZ-Cruz** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 25, 2008, Border Patrol Agents of the San Diego Sector Smuggling Interdiction Group (SIG) Squad 3 were performing anti-smuggling duties in the Brown Field station State Route (SR) 94 Immigration checkpoint area of operations. Agents were working in plain-clothes and utilizing unmarked DHS vehicles. The area in and around the SR 94 checkpoint is well documented as an area utilized by alien smuggling organizations to pick up illegal alien entrants after they have circumvented the checkpoint avoiding detection and apprehension by Border Patrol Agents.

SIG Agents E. Penagos and L. Gutierrez were parked observing vehicle traffic at the Loveland Reservoir in Jamul, California. This area is approximately eight miles west and six miles north of the Tecate, California Port of Entry. It has been the experience of Agents working this area that this is a corridor often used as a route by smugglers in hopes of avoiding detection by uniformed Border Patrol Agents as they drive into the area to pick up undocumented illegal aliens. Border Patrol Agents have arrested numerous smugglers of illegal aliens in this area in the past.

At approximately 10:00 a.m., Agents Penagos and Gutierrez observed an older model green Ford Explorer traveling eastbound on Japatul Valley Road toward the intersection of Japatul Valley Road and Lyons Valley Road. Agent Penagos observed a lone Hispanic male driver with short buzz cut hair. The vehicle did not appear to be riding lower in the rear than usual. Agents followed the vehicle and initiated surveillance of the vehicle to ascertain if the driver was in the area to pick up undocumented aliens. Agents realized the vehicle was not displaying any license plates only a temporary DMV sticker. Agents observed the driver turn onto Lyons Valley road and continue southbound.

Agents positioned themselves at the intersection of Lyons Valley Road and Japatul Valley Road. After about five minutes, the explorer returned to the intersection of Lyons Valley Road and Japatul Valley Road. Agents observed another individual in the front passenger seat of the vehicle not seen when first encountered. The individual appeared to be a light complexioned male. The vehicle appeared to be heavily laden (riding considerably lower in the rear than usual). Agents continued surveillance of the vehicle. The vehicle continued eastbound on Japatul Road toward the Interstate 8 freeway. SIG Agents requested a marked Border Patrol Unit to assist in conducting a vehicle stop to determine if the occupants were undocumented illegal aliens. SIG Agents M. Ortiz, S. Lubin and M. Leal joined in the surveillance. Agent J. Garcia of the El Cajon Border Patrol station informed SIG Agents he was in route from the El Cajon Border Patrol Station to assist. SIG Agents observed the driver exit Tavern Road in Alpine, California and travel northbound. Agent L. Gutierrez continued to follow the vehicle to Victoria Avenue where Agent L. Gutierrez observed the driver make a u-turn and head southbound toward the I-8 freeway. SIG Agents waited near the onramp to the I-8 freeway in anticipation of the vehicle's return. Smugglers often exit prior to their intended destination to determine if there is any law enforcement following them. The vehicle again entered onto Interstate 8 and traveled westbound. Agents Ortiz and Lubin took the lead in the surveillance.

**CONTINUATION OF COMPLAINT:**
Jose De La Cruz VALDEZ-Osuna

Agent J. Garcia informed SIG Agents he was positioned at the Lake Jennings on-ramp to the I-8 freeway. As the vehicle approached the Lake Jennings exit, Agent Garcia positioned himself behind the Green Ford Explorer. Agent Garcia radioed dispatch and advised he was attempting a vehicle stop. At about 10:40 a.m., Agent Garcia in a fully marked DHS vehicle and in full Border Patrol uniform activated his vehicles emergency lights and siren in an attempt to have the driver of the Ford Explorer stop for inspection. The driver failed to yield and made several lane changes during the course of the failure to yield. Agent Garcia terminated pursuit and SIG units continued surveillance of the vehicle. The driver sped up and continued traveling on I-8 after Agent Garcia terminated the pursuit. The driver exited I-8 onto State Route (SR) 67 northbound. The driver cut across two lanes of traffic, cutting of other vehicles and narrowly escaping a traffic collision to get to SR-67. The driver exited SR-67 onto Bradley Avenue and made an immediate right onto Graves Avenue where he reached a dead end. Agents Ortiz and Lubin saw the driver and the passenger exit the vehicle and flee. Agent Ortiz was able to apprehend the driver, later identified as defendant Jose De La Cruz VALDEZ-Osuna. The passenger jumped over a fence and absconded. Agents attempted to locate the passenger but were unsuccessful. Agent Gutierrez approached the Ford explorer and discovered four individuals lying down in the vehicle.

Agent Gutierrez identified himself as Border Patrol Agent to the four individuals and questioned them as to their citizenship. All the individuals admitted to being citizens and nationals of Mexico in the United States illegally. At about 10:45 a.m., all four subjects and the defendant were placed under arrest and transported to the Chula Vista station for processing.

**DEFENDANT STATEMENT:**

The defendant Jose De La Cruz VALDEZ-Osuna, (aka Joel Enrique HERNANDEZ-Osuna) was read his Miranda rights in the Spanish language. The defendant stated that he understood his rights and was willing to answer questions without an attorney present.

The defendant stated that his true name is Joel Enrique HERNANDEZ. The defendant stated that he is a citizen of Mexico born in Acapulco, Guerrero, Mexico on February 07, 1984. The defendant claimed that he is currently living in San Diego, California in a trailer but does not know the address. The defendant stated that his parents are also citizens of Mexico. The defendant admitted that he does not have nor ever possessed any documents allowing him to be or remain in the United States legally.

The defendant admitted to being deported in the past and claimed that he last entered in to the United States illegally approximately two years ago.

The defendant admitted that he was indeed driving the load vehicle on today's date. The defendant stated that he was only doing it as a favor. The defendant then admitted that he was to be paid $500.00 Dollars for smuggling the individuals. The defendant stated that he was to drive them to Plaza Bonita Mall and someone would take them from there. The defendant also admitted that he picked up the Ford Explorer he was in at Plaza Bonita, earlier that morning. The defendant stated that he knew which vehicle to look for because he was instructed to look for a green Explorer with damaged bumpers. They told him that the key was going to be left on the driver's seat and the vehicle would be left unlocked.

**CONTINUATION OF COMPLAINT:**
**Jose De La Cruz VALDEZ-Osuna**

The defendant admitted that he was somewhat familiar with the area, which explained why he knew where to pick up the illegal aliens. The defendant also claimed to have had access to a map drawn by the smuggler.

The defendant was asked if he saw and heard the Border Patrol unit's lights and siren. He said yes. When asked why he did not yield to the emergency lights and siren, the defendant stated it was because he got nervous and also because the front seat passenger and someone else in the back were encouraging him to keep going and not stop. The defendant admitted that the front seat passenger was instructing him where to go and told him to bail out and abscond. The defendant stated that he was scared of the Border Patrol and decided to take a chance and run.

The defendant admitted that he knew the people in the Explorer were illegal aliens. The defendant admitted that he also knew what he was doing was illegal.

**MATERIAL WITNESSES STATEMENTS:**

Material Witnesses **Feliciano VENTURA-Jimenez, Noel AGUILAR-Aguirre, Beatriz PACHECO-Franco** and **Gabriela RUIZ-Cruz** stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States. All the material witnesses stated that they were to pay $1800.00 U.S. dollars to be smuggled to various parts of the United States. When shown a photographic lineup all of the material witnesses were able to identify **Jose De La Cruz VALDEZ-Osuna** as the driver of the vehicle.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **MARCH 2008**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE