1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jose De La Cruz Valdez-Osuna

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10               **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ0931
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )   **CERTIFICATE OF SERVICE**
                                      )
14 | JOSE DE LA CRUZ VALDEZ-OSUNA,    )
                                      )
15 |         Defendant.                )
   |_____)

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                           U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
20
                              Al Smithson
21                         alsmithson@cox.net

22                              Respectfully submitted,

24 DATED:     April 1, 2008            /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
25                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Jose De La Cruz Valdez-Osuna