UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 APR 10 ♦ 12 15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 1114-JM |
| Plaintiff | ) | CRIMINAL NO. 08mj 0931 |
| | ) | |
| vs. | ) | ORDER |
| Jose De La Cruz Valdez-Osuna | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. 07960298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Noel Aguilar-Aguirre

DATED: 4/10/08

**William McCurine, Jr**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk