UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 APR 10 P 12: 16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08cr1114-JM |
| Plaintiff ) | CRIMINAL NO. 08mj0931 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Jose De la Cruz Valdez-Osuna ) | |
| ) | Booking No. 07960298 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Beatriz Pacheco-Franco

DATED: 4/10/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. / Clerk

by _____ Deputy Clerk