UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jose De la Cruz Valdez-Osuna<br><br>Defendant(s) | CRIMINAL NO. 08cr1114-JM<br>08mj0931<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07900298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Gabriela Ruiz Cruz

DATED: 4/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
     Deputy Clerk